## Vincent *v*. Marino, Appellant.

Argued April 16, 1969. *Thomas J. Terputac*, for appellant; *George B. Stegenga*, for appellee.

Judgment affirmed.

June 12, 1969

## Commonwealth ex rel. Kloha, Appellant, *v*. Williams.

Argued March 18, 1969. *Robert H. Jordan*, for appellant; *Edward N. Cahn*, for appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., dissented.

## Commonwealth *v*. Allen, Appellant.

Argued March 21, 1969. *George T. Guarnieri*, for appellant; *Michael M. Baylson*, Assistant District Attorney, with him *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.